IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

ILLA WAHPEKECHE,                          )
                                          )
                Plaintiff,                )
                                          )
v.                                        )        Case No. CIV-14-83-L
                                          )
CAROLYN W. COLVIN,                        )
Acting Commissioner of Social             )
Security Administration,                  )
                                          )
                Defendant.                )

## O R D E R

On January 6, 2015, Magistrate Judge Gary M. Purcell entered a Report

and Recommendation in this action brought by plaintiff Illa Wahpekeche

pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner

of the Social Security Administration's (Commissioner's) final decision denying

plaintiff's application for disability insurance benefits under Title II of the Social

Security Act.  The Magistrate Judge recommended that the Commissioner's

decision be affirmed.

The court file reflects that plaintiff timely filed her Objection to Magistrate's

Report & Recommendation, which the court has carefully considered.

Upon review of plaintiff's objections, the court finds that they are insufficient to

justify overturning the conclusions of the Magistrate Judge.  The Magistrate

Judge properly found that the record provides substantial evidence to support

the final decision of the Commissioner to deny plaintiff's application for disability

insurance benefits. Thus, upon *de novo* review, the court finds that the the

Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner to deny plaintiff's application for

disability insurance benefits is **AFFIRMED.**

It is so ordered this 25th day of March, 2015.

_____
TIM LEONARD
United States District Judge